Alexander G. Calfo, (SBN 152891)
*alexander.calfo@btlaw.com*
Kelley S. Olah, (SBN 245180)
*kelley.olah@btlaw.com*
Gabrielle J. Anderson-Thompson, (SBN 247039)
*gabrielle.anderson-thompson@btlaw.com*
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, California  90067
Telephone:      (310) 284-3880
Facsimile:      (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., JOHNSON &
JOHNSON (erroneously sued as "Johnson &
Johnson, Inc."); JOHNSON & JOHNSON
SERVICES, INC.; DEPUY INTERNATIONAL
LIMITED (erroneously sued as "DePuy
International, Ltd.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNA PETTY, | Case No.  CV13-03277-WHO |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS** |
| v. | JURY TRIAL DEMANDED |
| DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,, | Trial Date:      None Set |
| Defendants. | |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff  JENNA

PETTY and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON

SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."),

DEPUY INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd."),

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CV13-03277-WHO

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS

1   THOMAS P. SCHMALZRIED, M.D. and THOMAS P. SCHMALZRIED A PROFESSIONAL

2   CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents,

3   files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

4        1.      The Parties' request for a stay of this case is GRANTED.

5        2.      All deadlines and proceedings in this action are hereby STAYED pending a

6   decision by the Judicial Panel on Multidistrict Litigation on whether this case should be

7   transferred *to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*,

8   MDL Docket No. 2244.

9        **IT IS SO ORDERED.**

10

11  Dated:  July 29, 2013, 2013   _____

12                                William H. Orrick
                                  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

2                                                   CV13-03277-WHO

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS